### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **JELISA LOTT,** ) | |
| ) | **CIVIL ACTION NO.** |
| Plaintiff, ) | **1:24-cv-05030** |
| v. ) | |
| ) | |
| **LEXISNEXIS RISK** ) | |
| **SOLUTIONS INC.,** ) | |
| ) | |
| Defendant. ) | |

### JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT LEXISNEXIS RISK SOLUTIONS INC.

**PLEASE TAKE NOTICE** that Plaintiff, Jelisa Lott, and LexisNexis Risk Solutions Inc., (collectively "Parties") by and through their counsel of record have reached a settlement to resolve Plaintiff's claims. Therefore, the parties request that the Court stay all pending deadlines and proceedings.

The Parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time the Parties shall file a Stipulation for Dismissal.

Date: February 5, 2025February 3, 2025 					Respectfully submitted,

| | |
|---|---|
| ***/s/ Joseph L. Gentilcore*** | ***/s/ Derin B. Dickerson*** |
| JOSEPH L. GENTILCORE | DERIN B. DICKERSON |
| FRANCIS MAILMAN SOUMILAS, P.C. | ALSTON & BIRD LLP |
| 1600 Market Street, Suite 2510 | 1201 West Peachtree Street |
| Philadelphia, PA 19103 | One Atlantic Center |
| T: 215-735-8600 | Atlanta, GA 30309 |
| jgentilcore@consumerlawfirm.com | T: 404-881-7000 |
| | derin.dickerson@alston.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |