UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JELISA LOTT, <br><br> Plaintiff, <br><br> v. <br><br> LEXISNEXIS RISK SOLUTIONS INC., <br><br> Defendant. | CIVIL ACTION NO. <br><br> 1:24-CV-05030-SEG-JEM |

## **O R D E R**

On February 5, 2025, the parties filed a notice indicating that they have reached a settlement. (Doc. 8.) The Clerk is DIRECTED to administratively close this case while the settlement is being finalized. Administrative closure of a case is a docket control device used by the Court for statistical purposes. This order does not prejudice the rights of the parties to litigation in any manner. Should the settlement fail, the parties may move to reopen this case and resume litigation. Otherwise, the parties shall file their Rule 41 stipulation of dismissal once the settlement has been finalized. If no motion to reopen or stipulation of dismissal is filed by March 6, 2025, the Clerk is DIRECTED to submit this matter to the undersigned.

**SO ORDERED** this 7th day of February, 2025.

_____
SARAH E. GERAGHTY
United States District Judge

Case 1:24-cv-05030-SEG   Document 9   Filed 02/07/25   Page 2 of 2